In the Matter of S. M. & J. EISENSTADT, INC., Appellant; HORACE HEFFERNAN, Respondent.

Argued April 10, 1940; decided April 26, 1940.

*David I. Michaelson* for appellant.

*William E. Seward, Philip Goodheim* and *Horace Heffernan* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.